# GRANT REQUEST

PROGRAM DATE _8-18-06_______

INSTITUTION NAME: _New York Presbyterian/Columbia ____________

ADDRESS______________________

CITY STATE ZIP ___________________

REQUESTING INDIVIDUAL: _Mike Johnson_________________________________

DEPARTMENT: __Department of Pediatrics___________________

BRIEF DISCRIPTION OF THE PROGRAM:__Dr. David Jacobsohn from the Children's Hospital of Chicago will present his experience in treating pediatric patients with photopheresis

---

CME CREDITS:____________________________________________________________________

---

INSTITUTION GRANT CHECK INFORMATION

NAME THAT CHECK IS MADE OUT TO:___Columbia University Department of Pediatrics

ADDRESS (if different from above)_Mail to: ________________________________________

Contact Name: __Dr. Mitchell Cairo________________________________

PHONE & FAX NUMBERS __212-305-8316____________________

EMAIL_____mc1310@columbia.edu________________________________

MANAGERS APPROVAL-DISSCUSSION?

BUSINESS BENEFITS: _They are interested in starting up a pediatric Photopheresis program

---

SPEAKER –David Jacobsohn

TRAVEL EXPENSE $$ (AIR, HOTEL, RENTAL CAR, TRAIN, CABS)

__________

OTHER EXPENSES $$ (i.e. lunch or refreshments)

---

Total dollars to given to the institution in the form of a grant - _________

THERAKOS INFORMATION

NAME Mike Johnson_________________________TERRITORY___101__________________

DATE SUBMITTED: _____________

APPROVED ________________________________DATE___________________________

Grf rev 1.1-6/00

# EXHIBIT F



